# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 220 WAL 2021

         Petitioner        :

                              :   Petition for Allowance of Appeal

                              :   from the Order of the Superior Court

         v.                    :

                              :

AARON CHARLES MARTIN,        :

         Respondent       :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.